## UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS

## UNITED STATES

## v.

## Jonathan C. THOMAS
## Machinery Technician Third Class (E-4), U.S. Coast Guard

## CGCMSP 24999
## Docket No. 1476

## 10 December 2021

Special court-martial tried on 8 March 2021.

| | |
|---|---|
| Military Judge: | CDR Brendan T. Gavin, USCG |
| Appellate Defense Counsel: | LCDR Salomee G. Briggs, USCG |

## BEFORE
## McCLELLAND, BRUBAKER & MANNION
Appellate Military Judges

Per curiam:

Appellant was tried by special court-martial, military judge alone. Pursuant to his pleas of guilty, entered in accordance with a pretrial agreement, Appellant was convicted of three specifications of indecent conduct, in violation of Article 134, Uniform Code of Military Justice (UCMJ). The court sentenced Appellant to a bad-conduct discharge and confinement for five months. The Convening Authority approved the sentence, and suspended confinement in excess of 120 days in accordance with the pretrial agreement. Judgment was entered accordingly.

Before this Court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors.

**Decision**

We determine that the findings and sentence are correct in law and fact and, on the basis of the entire record, should be approved. Accordingly, the findings of guilty and the sentence, as approved and suspended below, are affirmed.



For the Court,


Sarah P. Valdes
Clerk of the Court